

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN RAY PARSEE,<br><br>Defendant. | Case No.  15-0069M<br><br>ORDER OF DETENTION |

I.

The Court conducted a detention hearing:

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving Choose an item.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of bail resources
- ☐ Refusal to interview with Pretrial Services
- ☐ No stable residence or employment
- ☒ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Defendant was on probation at the time he is alleged to have committed the instant offense.

As to danger to the community:

☒ Nature of previous criminal convictions which include multiple firearms related charges

☒ Allegations in present charging document

☐ Substance abuse

☐ Already in custody on state or federal offense

☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

☒ prior arrest for contempt of court and prior probation violation

V.

☐ The Court finds a serious risk that the defendant will

☐ obstruct or attempt to obstruct justice.

☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

VI.

The Court bases its conclusions on the following:

Defendant's criminal history includes convictions for possession or purchase of cocaine base for sale, and misdemeanor firearms related offenses, and a violation of probation. In addition, Defendant was on probation for a narcotics offense and a weapons offense at the time he is alleged to have committed the offense conduct charged. The Court does not believe that Defendant is not likely to abide by any conditions of release to make future court appearances

VII.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 5, 2015                    /s/_____
                                        HON. ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE