

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN RAY PARSEE,<br><br>Defendant. | Case No. CR15-0069-MWF<br><br>ORDER OF DETENTION |

I.

The Court conducted a detention hearing on March 10, 2015. Assistant U.S. Attorney Dinah Touny appeared on behalf of Plaintiff United States of America, and Deputy Federal Public Defender Rick Goldman appeared on behalf of defendant Christian Ray Parsee. The Court reviewed the updated Pre Trial Services Report along with the Report that was previously issued and the recommendation of detention, and has heard arguments from counsel. The Government continues to request detention. Defendant requests release on a $20,000 unjustified Appearance Bond posted by defendant's longtime girlfriend with whom defendant was residing.

As set forth in the Court's initial Order of Detention following defendant's initial appearance on March 5, 2015 (Docket Entry No. 13), the Court continues to believe that there are presently no condition or combination of conditions will reasonably assure both the appearance of the defendant as required and the safety of any person or the community. Although the Court believes that it can impose conditions such as home incarceration with electronic monitoring to address concerns regarding flight or non-appearance, such restrictions do not give sufficient assurance regarding the potential danger to others or the community. Given defendant's previous failures to appear for traffic violations and previous violations of probation for essentially the same or similar conduct charged in this matter, the Court continues to believe that while defendant may not flee the jurisdiction, he remains at risk, if released, for non-appearance at future court proceedings.

The Court has considered: (a) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] .

The Court notes that defendant's criminal history includes criminal convictions involving firearms related charges that are similar to the allegations in the indictment. Moreover, defendant was on probation for firearms and narcotics offenses at the time he engaged in the conduct that is charged in the indictment. According to the Presentence Report, defendant has also violated his probation in connection with previous criminal conviction. Accordingly, the Court finds that Defendant will also pose a threat to the safety of the community or to a person if he is released.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 10, 2015        /s/_____
                             HON. ALKA SAGAR
                             UNITED STATES MAGISTRATE JUDGE